UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PROJECT SOUTH<br><br>and<br><br>RINA HERNANDEZ,<br><br>      Plaintiffs,<br><br>  v.<br><br>U.S. IMMIGRATION & CUSTOMS ENFORCEMENT<br><br>and<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>      Defendants. | Civ. A. No. 19-0895 (CJN) |

**STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties to the above-captioned action hereby stipulate to the dismissal with prejudice of the above-captioned action against Defendants.

SO STIPULATED, this __25th____ day of February, 2020.

/s/ *R. Andrew Free*
ANDREW FREE D.D.C. Bar No. 59830
LAW OFFICE OF R. ANDREW FREE
P.O. BOX 90568
Nashville, TN 37209
Telephone: (844) 321-3221
Email: andrew@immigrantcivilrights.com

*Attorney for Project South and Rina Hernandez*

TIMOTHY J. SHEA
D.C. Bar No. 437437
United States Attorney

DANIEL F. VAN HORN
D.C. Bar No. 924092
Chief, Civil Division

By: /s/ *Michelle D. Jackson*
MICHELLE D. JACKSON , DC Bar 451914
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-7230
Michelle.D.Jackson@usdoj.gov
*Attorneys for Defendants*

SO ORDERED, this _____ day of _____, 20___.

_____
CARL J. NICHOLS
United States District Judge